FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO.: CR15-00558-SVW

Plaintiff ) VERDICT

vs. )

Albert Yagubyan, )

Defendant. )

WE THE JURY, in the above-entitled action find the defendant, Albert Yagubyan,

As to Count Eight of the Indictment,

_________ Not Guilty X Guilty

As to Count Nine of the Indictment,

_________ Not Guilty X Guilty

As to Count Eleven of the Indictment,

_________ Not Guilty X Guilty

As to Count Twelve of the Indictment,

_________ Not Guilty X Guilty

As to Count Thirteen of the Indictment,

_________ Not Guilty X Guilty

///

As to Count Fourteen of the Indictment,

_______ Not Guilty   ___X___ Guilty

As to Count Fifteen of the Indictment,

___X___ Not Guilty   _______ Guilty

DATE: 3|10|17

[redacted]

FOREPERSON (Print Name)

[redacted]

FOREPERSON (Signature)